UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: CR 22-0370 BLF |
| ) | |
|    Plaintiff, ) | [~~PROPOSED~~] **FINAL ORDER OF** |
| ) | **FORFEITURE** |
|   v. ) | |
| ) | |
| JOSE ANTONIO XILONZOCHILT, ) | |
| ) | |
|    Defendant. ) | |
| ) | |

On November 9, 2023, this Court entered a Preliminary Order of Forfeiture forfeiting the following property as to Jose Antonio Xilonzochilt, pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure and Title 21, United States Code, Section 853:

- One Glock-style handgun, modified with a Glock full-automatic switch, lacking any serial number or manufacturer markings, seized by the Scotts Valley Police Department at the Starbucks on Mt. Hermon Road in Scotts Valley, California, on or about March 21, 2022;

- 67 rounds of 9mm ammunition, including 40 rounds bearing headstamp "PMC 9MM LUGER", 17 hollow point rounds bearing headstamp "R-P 9MM LUGER +P", and 10 rounds bearing headstamp "R-P 9MM LUGER", seized by the Scotts Valley Police

Department at the Starbucks on Mt. Hermon Road in Scotts Valley, California, on or about March 21, 2022; and

- Four (4) 9mm ammunition magazines, seized by the Scotts Valley Police Department at the Starbucks on Mt. Hermon Road in Scotts Valley, California, on or about March 21, 2022.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions claiming the property have been filed.

**THEREFORE, IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure and Title 21, United States Code, Section 853, and that all rights, title, and interest in the property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this __26th__ day of April, 2024.

_____
HON. BETH LABSON FREEMAN
United States District Judge